# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**BETTY WHITLOCK**                                        **PLAINTIFF**

**VS.**                  **CASE NO. 3:19CV00064 SWW/PSH**

**NANCY A. BERRYHILL,**
**ACTING COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                                **DEFENDANT**

## ORDER

The application to proceed *in forma pauperis* is granted. The applicant may proceed without prepayment of fees and costs or the necessity of giving security therefor.

IT IS SO ORDERED this 26th day of March, 2019.

_____
UNITED STATES MAGISTRATE JUDGE