IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BETTY WHITLOCK                                                                                  PLAINTIFF

VS.                                      CASE NO. 3:19CV00064 PSH

ANDREW SAUL,[1] Commissioner,
    Social Security Administration                                              DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 4th day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Andrew Saul is now the Commissioner of Social Security and is substituted as the appropriate defendant pursuant to Federal Rule of Civil Procedure 25(d).